USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __04/02/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JESSICA POLITO,**<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**CAMBRIDGE INTERNATIONAL PARTNERS LLC, ET AL.,**<br><br>                              **Defendants.** | **20-cv-08515 (ALC) (RWL)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:   April 2, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**