UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA POLITO,

            Plaintiff,

v.

CAMBRIDGE INTERNATIONAL PARTNERS LLC, DAVID W. ABBOTT and RICHARD H. HAYWOOD, JR., in their individual and professional capacities,

            Defendants.

No. 20-cv-08515 (ALC)(RWL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Jessica Polito and defendants Cambridge International Partners LLC, David W. Abbott and Richard H. Haywood, Jr., by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her, his or its own costs and attorneys' fees.

Dated: June 8, 2021
New York, New York

| | |
|---|---|
| **WIGDOR LLP** | **SEWARD & KISSEL LLP** |
| By: _/s/ Valdi Licul_ | By: _/s/ Anne C. Patin_ |
| Valdi Licul | Anne C. Patin |
| 85 Fifth Avenue | Paul B. Koepp |
| New York, New York 10003 | One Battery Park Plaza |
| Telephone: (212) 257-6800 | New York, New York 10004 |
| Facsimile: (212) 257-6845 | Telephone: (212) 574-1200 |
| vlicul@wigdorlaw.com | Facsimile: (212) 480-8421 |
| | patin@sewkis.com |
| | koepp@sewkis.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

HOWARD, STALLINGS, FROM,
ATKINS, ANGELL & DAVIS, P.A.

By: _____
Kenneth C. Haywood
5410 Trinity Road, Suite 210
Raleigh, North Carolina 27607
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
khaywood@hsfh.com

*Counsel for Defendants*

SK 27176 0003 8845309